# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135559 & (36)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT PHILLIPP CARICO,
     Defendant-Appellant.

SC: 135559
COA: 277973
Jackson CC: 04-001070-FH

_____/

     On order of the Court, the application for leave to appeal the October 3, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The defendant was entitled to an appeal by right from the March 13, 2007 order denying resentencing. See MCR 7.202(6)(b)(iv). The motion to remand is DENIED, as moot.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

_____
Clerk